IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BONNIE J. KENYON, | : | Case No. 3:15-cv-194 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | : : | |
| Defendant. | : | |

_____

**ENTRY AND ORDER GRANTING UNOPPOSED MOTION FOR AWARD
OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT 28 U.S.C. § 2412 (DOC. 13)**
_____

This case is before the Court upon Plaintiff Bonnie J. Kenyon's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (the "Motion for Attorney Fees") (Doc. 13.)  Plaintiff has petitioned for an award of attorney fees, costs, and expenses in the total amount of $3,065.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA, 28 U.S.C. § 2412. (*Id.*)  In response, the Defendant Commissioner of Social Security filed a notice that she has no objection to Plaintiff's Motion for Attorney Fees.  (Doc. 14.)  Having reviewed the Motion for Attorney Fees, and noting that Defendant has no objection thereto, the Court finds that Plaintiff is entitled to the requested award of attorney fees, costs and expenses.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion for Attorney Fees (Doc. 13) is **GRANTED**, and

        Defendant shall pay Plaintiff's attorney fees, costs, and expenses under 28 U.S.C. § 2412 in the total amount of $3,065.00;

2. Defendant shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 23, 2016.

                                                s/Thomas M. Rose

                                                THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE